# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Larry Holmberg, a Minnesota resident, | COURT MINUTES - CIVIL |
| | BEFORE: Leo I. Brisbois |
| Plaintiff, | U.S. Magistrate Judge |
| vs. | Case No: Cvi. 17-1577 (PJS/LIB) |
| | Date: February 23, 2018 |
| Jeffrey B. Peel, an Iowa resident, et al., | Court Reporter: N/A |
| | Courthouse: Duluth |
| Defendanst. | Courtroom: 3 |
| | Time Commenced: 9:38 a.m. |
| | Time Concluded: 8:00 p.m. |
| | Sealed Hearing Time: 0 |
| | Time in Court: 10 Hours & 22 Minutes |

Hearing on: **Early Settlement Conference**

APPEARANCES:
    Plaintiff:    Thomsa R. Johnson
    Defendant:    Ronald H. Spuhler/David E. Suchar

PROCEEDINGS:

[X]   Settlement reached.

                                              s/Victoria L. Miller
                                              JA/Courtroom Deputy