UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Larry Holmberg, a Minnesota Resident, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 0:17-cv-01577 ) |
| v. | ) ) |
| Jeffrey B. Peel, an Iowa Resident, et al., | ) ) ) |
| Defendants, | ) ) |

### PLAINTIFF LARRY HOLMBERG'S
### NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Larry Holmberg hereby dismisses all named Defendants from the above-captioned action without prejudice.  No Defendant has filed or served an Answer or Motion for Summary Judgment.

WHEREFORE, Plaintiff Larry Holmberg dismisses Defendants Jeffrey B. Peel, Tara Peel, Benjamin B. Stern, Benjamin A. Thorud, and Tactacam, LLC without prejudice, each party to bear its own costs and attorneys' fees.

LARRY HOLMBERG

By his attorney,

/Thomas R. Johnson
Thomas R. Johnson (Reg. No. 242,032)
**MERCHANT & GOULD P.C.**
3200 IDS Center

80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone:  (612) 332-5300

<u>March 15, 2018</u>
Date